IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AML IP, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00609-JRG |
| | § | |
| ALDO U.S. INC., D/B/A ALDO GROUP, INC., | § | |
| | § | |
| *Defendant*. | § | |

# ORDER

Before the Court is the Notice of Voluntary Dismissal (the "Notice") filed by Plaintiff AML IP, LLC ("AML"). (Dkt. No. 7). In the Notice, AML voluntarily dismisses the above-captioned case against Defendant Aldo U.S., Inc., d/b/a/ Aldo Group, Inc. ("Aldo") without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id*. at 1).

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims by AML against Aldo in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 5th day of January, 2024.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE